## CLARK v. AMERICAN & EFIRD MILLS

No. 561P86.

Case below: 82 N.C. App. 192.

Motion by plaintiff pursuant to Rule 27, N. C. Rules of App. Procedure, for reconsideration of the petition for review of the decision of the Court of Appeals dismissed 2 June 1987.

## EPPS v. EPPS

No. 134P87.

Case below: 84 N.C. App. 457.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.

## FOLEY v. FOLEY

No. 153P87.

Case below: 84 N.C. App. 457.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.

## GRIFFIN v. BD. OF COM'RS OF LAW OFFICERS' RETIREMENT FUND

No. 143P87.

Case below: 84 N.C. App. 443.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 2 June 1987.

## HARSHAW v. MUSTAFA

No. 109PA87.

Case below: 84 N.C. App. 296.

Petition by intervenor defendants for discretionary review pursuant to G.S. 7A-31 allowed 2 June 1987.